IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMON RE,

    Plaintiff,

v.                                    No. CIV-08-0447 LCS/WDS

TERRY WAYNE HUSTEAD, and
IRON EAGLE EXPRESS, INC., and
EAGLE EYE LOGISTICS, LLC, and
SENTRY SELECT INSURANCE CO., and
STATE OF NEW MEXICO,

    Defendants.

## ENTRY OF APPEARANCE

    COMES NOW the firm of Miller Stratvert P.A., and enters its appearance on behalf of the Defendants, Terry Wayne Hustead, Eagle Eye Logistics, LLC, and Sentry Select Insurance Company, in the above matter.

    Respectfully submitted,

    MILLER STRATVERT P.A.

    By: /s/ Thomas R. Mack
       THOMAS R. MACK
       W. SCOTT JAWORSKI
       Attorneys for Defendants Hustead,
       Eagle Eye Logistics, LLC and Sentry Select Ins. Co.
       Post Office Box 25687
       Albuquerque, New Mexico 87125-0687
       Telephone: (505) 842-1950
       Facsimile: (505) 243-4408

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on June 13, 2008, through the CM/ECF system, which caused the following counsel to be served by electronic means and a copy was mailed via regular U.S. mail:

| | |
|---|---|
| **PLAINTIFF PRO SE:** | **ATTORNEYS FOR DEFENDANTS EAGLE EYE LOGISTICS, LLC** |
| Amon Re | |
| 8401 Spain Rd., N.E., Apt. 54C | Paul T. Yarbrough |
| Albuquerque, NM  87111-2084 | Raul P. Sedillo |
| Telephone:  (505) 858-0445 | Butt Thornton & Baehr, P.C. |
| | P.O. Box 3170 |
| | Albuquerque, NM  87190 |
| | Telephone:  (505) 884-0777 |

　/s/ Thomas R. Mack　　　　　　　　　
THOMAS R. MACK

P:\1-999\226\41084\Pleadings\Entry of Appearance.doc