IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED

| | |
|---|---|
| AMON RE,<br><br>Plaintiff<br><br>vs.<br><br>TERRY WAYNE HUSTEAD and<br>IRON EAGLE EXPRESS, INC. and<br>EAGLE EYE LOGISTICS, LLC and<br>SENTRY SELECT INSURANCE CO.<br>and<br>STATE OF NEW MEXICO,<br><br>Defendants. | 08 JUL -7 PM 2:35<br><br>CLERK<br><br>No. <u>CIV-08-0447</u> |

## REQUEST TO ENTER DEFAULT

To the Clerk of the U.S. District Court for the District of New Mexico

You will please enter the default of the Defendant, Eagle Eye Logistics, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure regarding Summons, Complaint and Answer to Complaint as appears from the affidavit of Counsel Pro se, Amon Re, hereto attached.

_____ July 2, 2008
Counsel Pro se

AND NOW, THIS _____ DAY OF _____, 2008 pursuant to request to enter default and affidavits filed, default is hereby entered against Defendant, Eagle Eye Logistics, LLC, for failure to plead or otherwise defend.

_____
Clerk