IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| AMON RE,<br><br>Plaintiff<br><br>vs.<br><br>TERRY WAYNE HUSTEAD and<br>IRON EAGLE EXPRESS, INC. and<br>EAGLE EYE LOGISTICS, LLC and<br>SENTRY SELECT INSURANCE CO.<br>and<br>STATE OF NEW MEXICO,<br><br>Defendants. | 08 JUL -7 PM 2: 35<br><br>No. <u>CIV-08-0447</u> |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF NEW MEXICO   )
                      ) ss:
COUNTY OF BERNALILLO  )

I, Amon Re, being duly sworn attest that I am the Plaintiff, Counsel Pro se,

in the above entitled action; that the complaint and summons in this action were

served on May 27th., 2008 upon the Defendant, Eagle Eye Logistics, LLC:

that service was made on Jennifer Bellfield; that the time within which Defendant

may answer or otherwise move as to the complaint has expired;

that the Defendant has not timely answered or otherwise moved and

that the time for Defendant to answer or otherwise move has not been extended.

_____    July 2 2008
Counsel Pro se              Date

Sworn to and subscribed before me this 2nd day of July, 2008

Cynthia Reedy
Notary Public

My commission expires: 6-5-2012