IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMON RE,

    Plaintiff,

v.                                         No. CIV-08-0447 LCS/WDS

TERRY WAYNE HUSTEAD, and
IRON EAGLE EXPRESS, INC., and
EAGLE EYE LOGISTICS, LLC, and
SENTRY SELECT INSURANCE CO., and
STATE OF NEW MEXICO,

    Defendants.

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel consents to have the Honorable Leslie C. Smith conduct all further proceedings in this case, including bench or jury trial, and order the entry of final judgment.

Signed and dated this 24th day of July, 2008.

                                                     MILLER STRATVERT P.A.

                                                     *Electronically Filed*

                                                     /s/ Thomas R. Mack
                                                     Attorneys for Terry Wayne Hustead, Iron
                                                     Eagle Express, Inc., Eagle Eye Logistics, LLC,
                                                     and Sentry Select Insurance Company

---

MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THIS CASE IS TRANSFERRED ON CONSENT TO THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CIVIL CASE WILL BE RESOLVED SOONER AND MORE INEXPENSIVELY FOR THE PARTIES.