IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Amon Re,

    Plaintiff,

v.                                      CV 08-447 LCS/WDS

Terry Wayne Hustead, et al.

    Defendants.

## **M I N U T E   O R D E R**

Please be advised that the above-captioned case has been transferred:

From: Honorable Leslie C. Smith, United States Magistrate Judge,

To: Honorable C. LeRoy Hansen, Senior United States District Judge.

In accordance with D.N.M.LR-Civ. 10.1, 'the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

Kindly reflect all further pleadings for the above captioned case as:

Case No.: 08-CV-447 LH/WDS

IT IS SO ORDERED.

                                       /s/  
                                       Matthew J. Dykman  
                                       CLERK, U.S. DISTRICT COURT